App. Div.] Second Department, March, 1908.

George H. Neidlinger, Respondent, v. William E. D. Stokes, Appellant.— Motion denied. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Edith M. Peters, Respondent, v. Joan N. Cuneo, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Lewis H. Pounds, Respondent, v. George W. Egbert and Virginia L. Egbert, Appellants.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Herman Roenbeck, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Motion denied. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Louis Rosenberg and Another, Respondents, v. Jennie Feiering, Appellant.— Motion granted. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Ignatz Rosenberg, Appellant, v. People's Surety Company, Respondent. — Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Edwin M. Skinner, Respondent, v. Giles S. Allison, Appellant.— Motion granted. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Ella J. Smith, Appellant, v. Felix Metzger, Respondent.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Irene Warden, an Infant, by William E. Warden, Her Guardian ad Litem, Appellant, v. The City of New York, Patrick J. Murray and David J. Stewart, Doing Business under the Firm Name and Style of P. J. Murray & Company, Respondents.— Order of reversal amended to read as follows : " Judgment and order reversed on exceptions only, and the order is affirmed on all other grounds." Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Apollonia Warth, Trading, etc., under the Firm Name of Albin Warth, Respondent, v. Jacob Kastriner, Defendant, and Charles Eisenman, Appellant. — Motion denied. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Harry F. Winslow, Respondent, v. Marcellus F. Mayo, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

David Hamburg, Appellant, v. People's Surety Company, Respondent.— Motion denied on condition that the appellant pay ten dollars costs and perfect his appeal within twenty days, otherwise motion granted, with ten dollars costs. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

William T. Caton, Appellant, v. George W. Bonn, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Louis Cottler and David Zipnick, Appellants, v. Morris Wiener, Respondent. — Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

William J. Dilthy, Respondent, v. Max Dorf, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Jennie Schneier, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the authority of *Meschneck* v. *Brooklyn, Queens County & Suburban R. R. Co.* (*ante*, p. 265), decided herewith. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.